AP-77,045
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/19/2015 9:07:27 AM
Accepted 3/19/2015 10:09:20 AM
ABEL ACOSTA
CLERK

NO. AP-77,045

IN THE COURT OF CRIMINAL APPEALS

FOR THE STATE OF TEXAS

\* \* \*

**HARLEM HAROLD LEWIS III,**

*Appellant*

*v.*

**THE STATE OF TEXAS,**

*Appellee*

\* \* \*

**APPELLANT'S SECOND AND FINAL MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S BRIEF**

\*Death Penalty Case\*

On Appeal in Cause No. 1428102 from the
351ST District Court of Harris County, Texas

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

HARLEM HAROLD LEWIS III, Appellant in the above cause,

respectfully requests that the Court grant this Motion for Extension of Time

Within Which to File Appellant's Brief. In support of this motion, Appellant respectfully shows the Court the following:

I.

This Appeal is based upon Appellant's conviction of Capital Murder and sentence of death in Harris County in *State of Texas v. Harlem Harold Lewis III* in Cause No. 1428102. This is Appellant's second request for an extension of time.

II.

Appellant's brief is currently due on March 23, 2015. Counsel respectfully requests an extension of time until Monday, June 8, 2015.

III.

The Reporter's Record was filed with this Court on November 21, 2014. Appellant initially requested an extension of time to submit the brief until Monday, June 15, 2015. This Court granted an extension of time requiring that the brief be submitted before March 23, 2015.

IV.

Appellant requests that the Court allow the brief to be filed by June 8, 2015, less than 80 days after the current due date.

## V.

Counsel has been preparing for a retrospective competency trial in a death penalty case remanded by this Court in Cause No. AP-76,580 *Albert James Turner v. State of Texas*. As part of that proceeding, Counsel filed a Petition for Writ of Mandamus and Prohibition with this Court, *In re Albert James Turner* Cause No. WR-80,559-02. Most recently, the State filed a Petition for Writ of Mandamus and Prohibition with this Court, *In re Albert James Turner* Cause No. WR-82,875-01, prompting this Court to order Counsel to submit briefing no later than April 3, 2015.

## VI.

Additionally, Counsel is working on *U.S. v. James Ham*, Cause No. 4:2013cr-00363, a federal Death Penalty case in the Southern District of Texas set for trial this fall. Counsel also has supplemental briefing due to the 4th Court of Appeals in *Kimberly Saenz v. State of Texas* Cause No. 04-12-00238-CR by April 8, 2015, a non-death capital that this Court remanded.

## VII.

Counsel has reviewed the Clerk's and Reporter's Records, examined the presently available audio visual exhibits and requested the remaining

ones, identified more than a dozen potential errors, and is continuing to research each issue to identify the strongest points to present to the Court. This motion is not made for the purpose of delay, but only so that Appellant may receive the effective assistance of counsel to which he is entitled by means of a thorough and professional presentation of his points of error to this Court.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Brief in the above cause and extend the time for filing until June 8, 2015.

Respectfully submitted,

/s/ Robert A. Morrow
ROBERT A. MORROW
State Bar No. 14542600
24 Waterway Ave., Suite 660
The Woodlands, Texas 77380
Telephone: (281) 379-6901
ramorrow15@gmail.com

/s/ Amy Martin
AMY MARTIN
State Bar No. 24041402
202 Travis Street, Suite 300
Houston, Texas 77002
Telephone: (281) 809-0873
amymartinlaw@gmail.com

*ATTORNEYS FOR APPELLANT*
*APPOINTED ON APPEAL ONLY*

4

## CERTIFICATE OF SERVICE

As required, and in accordance with, the Texas Rule of Appellate Procedure, I certify that I have served this document on the following parties on March 19, 2015:

Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002
Ph. 713-755-5826
Fax: 713-755-5809

/s/ Robert A. Morrow
ROBERT A. MORROW